**Order filed November 7, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00830-CV

———————

### LINDA G. WEBER AND/OR ALL OCCUPANTS, Appellants

### V.

### AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC A DELAWARE LIMITED LIABILITY COMPANY, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1034200**

## O R D E R

The notice of appeal in this case was filed September 3, 2013. A partial clerk's record was filed September 20, 2013. To date, the filing fee of $195.00 has not been paid. On September 18, 2013, the trial court sustained a contest to appellants' affidavit of indigence. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **November 22, 2013.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM